B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Middle District of Pennsylvania

In re  Jerry E. Howe
       Jeannine A. Howe                    ,          Case No.   1:18-bk-03169-HWV


## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

U.S. Bank Trust National Association as Trustee of Chalet Series III Trust

Name of Transferee

Seterus, Inc. as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae")

Name of Transferor

Name and Address where notices to transferee should be sent:
  c/o SN Servicing Corporation
  323 Fifth Street
  Eureka, CA 95501
Phone:  800-603-0836
Last Four Digits of Acct #:       8596

Court Claim # (if known):        4-1
Amount of Claim:        $230,783.02
Date Claim Filed:        10/09/2018

Phone: _____
Last Four Digits of Acct. #:        8457

Name and Address where transferee payments should be sent (if different from above):



Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ D. Anthony Sottile                     Date:  02/19/2019
      Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.