**Fill in this information to identify the case:**

Debtor 1: Jerry E. Howe

Debtor 2: Jeannine A. Howe
(Spouse, if filing)

United States Bankruptcy Court for the: Middle District of PA
(State)

Case number: 1:18-bk-03169-HWV

Form 4100R

# Response to Notice of Final Cure Payment

10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

### Part 1: Mortgage Information

**Name of creditor:** U.S. Bank Trust National Association, as Trustee of Ranch Series III Trust

**Court claim no.** (if known): 4-1

**Last 4 digits** of any number you use to identify the debtor's account: 8596

**Property address:** 1165 Stanley Avenue
Number    Street

_____

Chambersburg    PA    17201
City    State    ZIP Code

### Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is: $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 07 / 01 / 2023
MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due: (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding: + (b) $ _____

c. **Total**. Add lines a and b. (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on: ___/___/_____
MM / DD / YYYY

| Debtor 1 | Jerry E. Howe | | Case number (*if known*) 1:18-bk-03169-HWV |
|---|---|---|---|
| | First Name   Middle Name   Last Name | | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.

■ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/Lauren Moyer       Date 06/13/2023
Signature

Print: Lauren Moyer       Title: Creditor's Attorney
First Name   Middle Name   Last Name

Company: Friedman Vartolo LLP

**If different from the notice address listed on the proof of claim to which this response applies:**

Address: 1325 Franklin Avenue, Suite 160
Number   Street

Garden City    NY    11530
City           State  ZIP Code

Contact phone (212) 471 - 5100       Email bankruptcy@friedmanvartolo.com

UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF PENNSYLVANIA

---------------------------------------------------------------- X

| | |
|---|---|
| IN RE: | CASE NO.: 18-03169-HWV |
| Jerry E. Howe | CHAPTER: 13 |
| Jeannine A. Howe | HON. JUDGE.: Henry W. Van Eck |
| Debtor(s). | |

----------------------------------------------------------------X

## CERTIFICATE OF SERVICE

    I, Lauren Moyer, certify that on June  13 , 2023 I caused to be served a true copy of the annexed **RESPONSE TO NOTICE OF FINAL CURE MORTGAGE PAYMENT** by mailing by First Class Mail in a sealed envelope, with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service addressed to the last known address of the addressee, and the property address as indicated on the attached Service List annexed hereto.

                                                 By: /s/ Lauren Moyer
                                                 FRIEDMAN VARTOLO LLP
                                                 1325 Franklin Avenue, Suite 160
                                                 Garden City, New York 11530
                                                 T: (212) 471-5100
                                                 F: (212) 471-5150

<u>**SERVICE LIST**</u>

Jerry E. Howe
1165 Stanley Avenue
Chambersburg, PA 17201

Jeannine A. Howe
1165 Stanley Avenue
Chambersburg, PA 17201
***Debtor***

William C Cramer
220 Lincoln Way East
Chambersburg, PA 17201
***Debtor's Attorney***

Jack N Zaharopoulos
Standing Chapter 13
(Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036
***Trustee***

Asst. U.S. Trustee
United States Trustee
228 Walnut Street, Suite 1190
Harrisburg, PA 17101
***U.S. Trustee***